United States District Court
Southern District of Texas
**ENTERED**
February 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOYD LANDON SORROW, TDCJ #1134905, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-3520 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice - Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

### FINAL JUDGMENT

For the reasons set for in the separate Order signed this day, it is

ORDERED and ADJUDGED that Petitioner Loyd Landon Sorrow's Motion for Relief from Judgment is DISMISSED without prejudice for lack of jurisdiction.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, this 24TH day of February, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE